UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA WETZEL,<br><br>    Plaintiff,<br><br> v.<br>CERTAINTEED CORPORATION,<br><br>    Defendant. | CASE NO. C16-1160 RAJ<br>ORDER |

This matter comes before the Court on the parties' Stipulated Motion Regarding Deadline to File Motion to Amend. Dkt. # 45. The Court **GRANTS** the motion.

Dated this 20th day of October, 2017.

_____
The Honorable Richard A. Jones
United States District Judge