The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA WETZEL AND JOEL WETZEL, ON BEHALF OF THEMSELVES AND OTHER SIMILARLY SITUATED PERSONS,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED CORPORATION,<br><br>Defendant. | Case No. 2:16-CV-01160-RAJ<br><br>ORDER ON DEFENDANT CERTAINTEED CORPORATION'S MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF |

This matter comes before the Court on Defendant CertainTeed Corporation's ("CertainTeed") Motion for Leave to File Over Length Brief. Dkt. # 129. Plaintiffs have not opposed. Accordingly, CertainTeed's Motion is **GRANTED**. Dkt. # 129. CertainTeed may file thirty-nine (39) pages of text rather than the LCR 7(e)(3) twenty-five (25) pages of text in its brief in opposition to Plaintiffs' Motion for Class Certification.

DATED this 24th day of September, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT CERTAINTEED
CORPORATION'S MOTION FOR LEAVE TO FILE
OVERLENGTH BRIEF - 1
Case No. 2:16-CV-01160-RAJ

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101
T: 206.447.6461 F:206.588.4185

42727.1 743.40696