UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA WETZEL, et al., | CASE NO. C16-1160JLR |
| Plaintiffs, | ORDER |
| v. | |
| CERTAINTEED CORPORATION, | |
| Defendant. | |

On March 25, 2019, the court denied Plaintiffs Paula Wetzel and Joel Wetzel's

motion for class certification and granted in part and denied in part Defendant

CertainTeed Corporation's ("CertainTeed") motion for summary judgment.  (Order (Dkt.

# 169).)  In the amended scheduling order, the court stated that it would set further case

scheduling deadlines after ruling on the motion for class certification.  (Am. Case Sched.

(Dkt. # 91) at 2.)  In addition, Plaintiffs filed a motion seeking a status conference to

"discuss a new case management schedule and set new deadlines" following the court's

March 25, 2019, order.  (Mot. (Dkt. # 173) at 2.)

To establish a new case schedule, the court requires input from the parties. Accordingly, the court ORDERS the parties to update the joint status report that they filed on April 17, 2017, and to file their updated joint status report no later than 14 days from the date this order is entered. (*See* JSR (Dkt. # 23).) Following receipt of the parties' updated joint status report, the court will issue an amended scheduling order with deadlines for the remainder of this case through trial. Finally, the court DENIES Plaintiffs' motion (Dkt. # 173) as moot.

Dated this 17th day of May, 2019.

JAMES L. ROBART
United States District Judge