THE HONORABLE JAMES L. ROBART

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAULA WETZEL and JOEL WETZEL, individually and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>CERTAINTEED CORPORATION,<br><br>Defendant. | NO. 2:16-cv-01160-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE TO SUBMIT UPDATED JOINT STATUS REPORT** |

Plaintiffs Paula and Joel Wetzel and Defendant CertainTeed Corporation, by and through their counsel, jointly request that the Court extend the deadline for the parties to submit their updated joint status report by two weeks. The parties assert the following:

1. On May 16, 2019, Plaintiffs filed a motion requesting a status conference to discuss a new case management schedule and set new deadlines. *See* ECF 173.

2. On May 17, 2019, the Court entered an order requiring the parties to update the join status report they filed on April 17, 2017, and to file their updated joint status report no later than 14 days from the date of the order. *See* ECF 180.

3. None of the attorneys for Plaintiffs or Defendant received any notification through ECF or otherwise that the May 17th order had been entered.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT UPDATED JOINT
STATUS REPORT - 1
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

4. Today, defense counsel reviewed the docket and happened upon the May 17th order. Defense counsel immediately notified Plaintiffs' counsel, who confirmed they had not been aware of the order either.

5. The May 17th order requires the parties to submit the updated joint status report today.

6. Because the parties have not had time to confer regarding a new case management schedule, nor time to prepare an updated joint status report, they request that the Court extend today's deadline by two weeks, to June 14, 2019.

STIPULATED TO, DATED, AND RESPECTFULLY SUBMITTED this 31st day of May, 2019.

| TERRELL MARSHALL LAW GROUP PLLC | SELMAN BREITMAN LLP |
|---|---|
| By: /s/Adrienne D. McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@terrellmarshall.com<br>Eric R. Nusser, WSBA #51513<br>Email: eric@terrellmarshall.com<br>Benjamin M. Drachler, WSBA #51021<br>Email: bdrachler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Eileen I. McKillop, WSBA #21602<br>Eileen I. McKillop, WSBA #21602<br>Email: emckillop@selmanlaw.com<br>One Union Square<br>600 University Street, Suite 1800<br>Seattle, Washington 98101<br>Telephone: (206) 447-6461<br>Facsimile: (206) 588-4185<br><br>Elaine Fresch, *Admitted Pro Hac Vice*<br>Email: efresch@selmanlaw.com<br>SELMAN BREITMAN LLP<br>11766 Wilshire Blvd., 6th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 689-7016<br>Facsimile: (310) 473-2525 |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT UPDATED JOINT
STATUS REPORT - 2
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Catherine J. Fleming, WSBA #40664<br>Email: cf@cfleminglaw.com<br>FLEMING LAW, PLLC<br>936 North 34th Street, Suite 300A<br>Seattle, Washington 98103<br>Telephone: (206) 453-2558<br><br>*Attorneys for Plaintiffs* | Angelica A. Zabanal<br>Email: azabanal@selmanlaw.com<br>SELMAN BREITMAN LLP<br>33 New Montgomery, Sixth Floor<br>San Francisco, California 94105<br>Telephone: (415) 979-0400<br>Facsimile: (415) 979-2009<br><br>*Attorneys for Defendant Certainteed Corporation* |

## [PROPOSED] ORDER

The parties' deadline for filing an updated joint status report is extended to no later than June 14, 2019. IT IS SO ORDERED.

Dated this 3rd day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT UPDATED JOINT
STATUS REPORT - 3
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Eileen I. McKillop, WSBA #21602
> Email: emckillop@selmanlaw.com
> SELMAN BREITMAN LLP
> One Union Square
> 600 University Street, Suite 1800
> Seattle, Washington 98101
> Telephone: (206) 447-6461
> Facsimile: (206) 588-4185
>
> Elaine Fresch, *Admitted Pro Hac Vice*
> Email: efresch@selmanlaw.com
> SELMAN BREITMAN LLP
> 11766 Wilshire Blvd., 6th Floor
> Los Angeles, California 90025
> Telephone: (310) 689-7016
> Facsimile: (310) 473-2525
>
> Angelica A. Zabanal
> Email: azabanal@selmanlaw.com
> SELMAN BREITMAN LLP
> 33 New Montgomery, Sixth Floor
> San Francisco, California 94105
> Telephone: (415) 979-0400
> Facsimile: (415) 979-2009
>
> *Attorneys for Defendant Certainteed Corporation*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT UPDATED JOINT
STATUS REPORT - 4
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

DATED this 31st day of May, 2019.

                TERRELL MARSHALL LAW GROUP PLLC

                By:   /s/ Adrienne D. McEntee, WSBA #34061
                     Adrienne D. McEntee, WSBA #34061
                     Email: amcentee@terrellmarshall.com
                     936 North 34th Street, Suite 300
                     Seattle, Washington 98103
                     Telephone: (206) 816-6603
                     Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO SUBMIT UPDATED JOINT
STATUS REPORT - 5
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com