UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA WETZEL, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CERTAINTEED CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C16-1160JLR<br><br>ORDER REGARDING RENEWED MOTION FOR CLASS CERTIFICATION |

Before the court is the parties' joint status report. (JSR (Dkt. # 183).) In the joint status report, Plaintiffs Paula Wetzel and Joel Wetzel "request permission to file a renewed motion for class certification, in which they will seek to certify a narrower class composed of persons who, like Plaintiffs, currently own or owned homes in Washington with CertainTeed Landmark 30 shingles manufactured at the Portland plant between January 1, 2004, and June 30, 2007, and are or were the third or later generation of owners." (*Id.* at 2.) Plaintiffs also seek to reopen class discovery on issues "raised in the

//

[c]ourt's March 25, 2019, order" concerning the appropriateness of class certification under Federal Rule of Civil Procedure 23. (*Id.* at 3); *see also* Fed. R. Civ. P. 23.

Although Plaintiffs may file a renewed motion for class certification if they deem such a motion to be appropriate, *see* Fed. R. Civ. P. 23(c)(1)(C) ("An order that grants or denies class certification may be altered or amended before final judgment."), the court declines to further extend the deadline for class certification discovery. The court initially set a deadline to complete class certification discovery by December 15, 2017. (5/2/17 Sched. Order (Dkt. # 25) at 1.) In response to the parties' stipulated motion, the court extended that deadline to April 13, 2018. (12/13/17 Sched. Order (Dkt. Entry on 12/13/17).) On April 23, 2018, in response to Plaintiffs' motion, the court again extended the class certification discovery deadline to July 12, 2018. (4/23/18 Sched. Order (Dkt. # 91) at 1.) Plaintiffs have not shown that any further delay in this case for purposes of conducting additional class certification discovery is warranted (*see generally* JSR), and accordingly, the court DENIES the request.

Finally, in their joint status report, Plaintiffs state that they "anticipate filing a renewed motion for class certification on October 31, 2019." (JSR at 2.) The court scheduled the trial of Plaintiffs' remaining Consumer Protection Act claim to begin on November 2, 2020. (6/27/19 Sched. Order (Dkt. # 184) at 1.) Given this trial date, the

//

//

//

//

court will hold Plaintiffs to the deadline they propose for any renewed class certification motion and ORDERS Plaintiffs to file any such motion no later than October 31, 2019.

Dated this 3rd day of July, 2019.

JAMES L. ROBART
United States District Judge