THE HONORABLE JAMES L. ROBART

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAULA WETZEL and JOEL WETZEL, individually and on behalf of other similarly situated persons,<br><br>     Plaintiffs,<br><br>vs.<br><br>CERTAINTEED CORPORATION,<br><br>     Defendant. | NO. 2:16-cv-01160-JLR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Plaintiffs Paula Wetzel and Joel Wetzel ("Plaintiffs") and Defendant Certainteed Corporation ("Defendant") stipulate to the dismissal of all claims asserted in the lawsuit with prejudice, and without attorneys' fees and costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED AND DATED this 4th day of March, 2020. |

TERRELL MARSHALL LAW GROUP PLLC

SELMAN BREITMAN LLP

By: /s/ Adrienne D. McEntee, WSBA #34061
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Adrienne D. McEntee, WSBA #34061
   Email: amcentee@terrellmarshall.com
   Eric R. Nusser, WSBA #51513
   Email: eric@terrellmarshall.com
   Benjamin M. Drachler, WSBA #51021
   Email: bdrachler@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Catherine J. Fleming, WSBA #40664
   Email: cf@cfleminglaw.com
   FLEMING LAW, PLLC
   936 North 34th Street, Suite 300A
   Seattle, Washington 98103
   Telephone: (206) 453-2558

*Attorneys for Plaintiffs*

By: /s/ Eileen I. McKillop, WSBA #21602
   Eileen I. McKillop, WSBA #21602
   Email: emckillop@selmanlaw.com
   One Union Square
   600 University Street, Suite 1800
   Seattle, Washington 98101
   Telephone: (206) 447-6461
   Facsimile: (206) 588-4185

   Elaine Fresch, *Admitted Pro Hac Vice*
   Email: efresch@selmanlaw.com
   SELMAN BREITMAN LLP
   11766 Wilshire Blvd., 6th Floor
   Los Angeles, California 90025
   Telephone: (310) 689-7016
   Facsimile: (310) 473-2525

   Angelica A. Zabanal
   Email: azabanal@selmanlaw.com
   SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
   San Francisco, California 94105
   Telephone: (415) 979-0400
   Facsimile: (415) 979-2009

*Attorneys for Defendant Certainteed Corporation*

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on March 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Eileen I. McKillop, WSBA #21602
>Email: emckillop@selmanlaw.com
>SELMAN BREITMAN LLP
>One Union Square
>600 University Street, Suite 1800
>Seattle, Washington 98101
>Telephone: (206) 447-6461
>Facsimile: (206) 588-4185
>
>Elaine Fresch, *Admitted Pro Hac Vice*
>Email: efresch@selmanlaw.com
>SELMAN BREITMAN LLP
>11766 Wilshire Blvd., 6th Floor
>Los Angeles, California 90025
>Telephone: (310) 689-7016
>Facsimile: (310) 473-2525
>
>Angelica A. Zabanal
>Email: azabanal@selmanlaw.com
>SELMAN BREITMAN LLP
>33 New Montgomery, Sixth Floor
>San Francisco, California 94105
>Telephone: (415) 979-0400
>Facsimile: (415) 979-2009
>
>*Attorneys for Defendant Certainteed Corporation*

STIPULATION OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  DATED this 4th day of March, 2020.

2                                                                                           TERRELL MARSHALL LAW GROUP PLLC

3                                                    By:   /s/ Adrienne D. McEntee, WSBA #34061
                                                                  Adrienne D. McEntee, WSBA #34061

4                                                                    amcentee@terrellmarshall.com
                                                                936 North 34th Street, Suite 300

5                                                                   Seattle, Washington 98103
                                                                Telephone: (206) 816-6603

6                                                                  Facsimile: (206) 319-5450

7                                            *Attorneys for Plaintiffs*

STIPULATION OF DISMISSAL WITH PREJUDICE - 4
CASE NO. 2:16-CV-01160-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com